UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:    13-03526
                                          )
Ebru Karapinar,                           )        Chapter:  7
                                          )        Honorable Jacqueline Cox
                                          )
                                          )
          Debtor(s)                       )

### ORDER GRANTING MOTION TO APPROVE
### SETTLEMENT AND TO ALLOW FINAL COMPENSATION

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion to Approve Settlement and to Allow Final Compensation; due and proper notice of the motion having been given to all scheduled and known creditors and counsel of record and other parties in interest; the Court having determined that the proposed settlement is in the best interests of the estate and should be approved; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Trustee be and hereby is authorized to enter into the Settlement Agreement and to take all actions and execute all documents necessary to implement the Settlement Agreement. The Debtor is hereby ordered and directed to executed the Settlement Agreement.

3. The Trustee be and hereby is authorized to pay $19,000 to Lane Legal Services P.C. as their reasonable compensation.

Enter:

J. Cox  Jacqueline P. Cox

United States Bankruptcy Judge

Dated:   April 16, 2019

**Prepared by:**
Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH: 312/923-2952
FX: 312-840-7352

Rev: 20130104_bko